# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re:<br><br>Robert Hoffman and Sharon Hoffman | Case No.: 14-15033<br>Hearing Date: 3/28/2017 at 9:00 am<br>Chapter: 13<br>Judge: KAPLAN |
|---|---|

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to: Certification of Default

**Location of Hearing:** Courtroom No. 8
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** March 28, 2017 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: March 8, 2017

JEANNE A. NAUGHTON, Clerk

By: Wendy I. Romero
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on March 8, 2017, 2017 this notice was served on the following: Debtors', Debtor's Attorney, Attorney for Creditor and Trustee.

JEANNE A. NAUGHTON, Clerk

By: Wendy I. Romero
Deputy Clerk

*rev.1/4/17*