# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br><br> Robert Hoffman and Sharon Hoffman | Case No.: 14-15033 <br> Hearing Date: 3/28/2017 at 9:00 am <br> Chapter: 13 <br> Judge: KAPLAN |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to: Certification of Default

**Location of Hearing:** Courtroom No. __8__
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** March 28, 2017 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: March 8, 2017

JEANNE A. NAUGHTON, Clerk

By: Wendy I. Romero
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __March 8, 2017__, 20__17__ this notice was served on the following: Debtors', Debtor's Attorney, Attorney for Creditor and Trustee.

JEANNE A. NAUGHTON, Clerk

By: Wendy I. Romero
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Robert Hoffman
Sharon Hoffman
    Debtors

Case No. 14-15033-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2017
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
db/jdb         +Robert Hoffman,   Sharon Hoffman,   23 Newman Road,   Kendall Park, NJ 08824-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:

          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          R. A. Lebron    on behalf of Creditor     BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
          Roger Jon Yehl    on behalf of Joint Debtor Sharon   Hoffman roger.yehl@yahoo.com
          Roger Jon Yehl    on behalf of Debtor Robert   Hoffman roger.yehl@yahoo.com
                                                                                                      TOTAL: 7