| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>BANK OF AMERICA, N.A. |
| In re:<br>Robert Hoffman<br>Sharon Hoffman<br><br>                              Debtors |

**Order Filed on January 4, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 14-15033
Chapter 13
Judge: Kaplan

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 4, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of  BANK OF AMERICA, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as 23 Newman Road, Kendall Park NJ 08824**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Hoffman  
Sharon Hoffman  
    Debtors

Case No. 14-15033-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 05, 2018  
                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.  
db/jdb       +Robert Hoffman,  Sharon Hoffman,  23 Newman Road,  Kendall Park, NJ 08824-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2018 at the address(es) listed below:  
       Albert Russo     on behalf of Trustee Albert Russo docs@russotrustee.com  
       Albert Russo     docs@russotrustee.com  
       Albert Russo (NA)     on behalf of Trustee Albert Russo docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       R. A. Lebron     on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
       Rebecca Ann Solarz     on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com  
       Roger Jon Yehl     on behalf of Debtor Robert Hoffman roger.yehl@yahoo.com, r48898@notify.bestcase.com  
       Roger Jon Yehl     on behalf of Joint Debtor Sharon Hoffman roger.yehl@yahoo.com, r48898@notify.bestcase.com  
                                                                         TOTAL: 8