**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert Hoffman | Social Security number or ITIN  xxx–xx–2602 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sharon Hoffman | Social Security number or ITIN  xxx–xx–7557 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–15033–MBK | |

# Order of Discharge                                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Hoffman                                                    Sharon Hoffman

12/17/20                                                                  **By the court:** Michael B. Kaplan
                                                                                         United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Robert Hoffman  
Sharon Hoffman  
    Debtor(s)

Case No. 14-15033-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 17, 2020      Form ID: 3180W      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Hoffman, Sharon Hoffman, 23 Newman Road, Kendall Park, NJ 08824-1120 |
| 514756491 | + | ALTAIR OH XIII, LLC, C O WEINSTEIN, PINSON, AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 514638262 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 514638261 | + | Pressler & Pressler, 16 Wind Drive, 2nd Floor, Cedar Knolls, NJ 07927-1023 |
| 514732266 | | Princeton Healthcare Medical Associates, 4 Princess Road, Suite 207, Lawrenceville, NJ 08648-2322 |
| 514732265 | | Princeton Healthcare System, Lockbox #9226, PO Box 8500, Philadelphia, PA 19178-9226 |
| 514732264 | | Princeton Orthopaedic Associates II PA, 325 Princeton Avenue, Princeton, NJ 08540-1617 |
| 514732263 | + | Weill Cornell Physicians, 575 Lexington Avenue, Suite 540, New York. NY 10022-6145 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2020 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2020 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 514638255 | + | EDI: AMEREXPR.COM | Dec 18 2020 02:13:00 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 514863137 | | EDI: BECKLEE.COM | Dec 18 2020 02:13:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 514679693 | | EDI: AIS.COM | Dec 18 2020 02:18:00 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 514638256 | | EDI: BANKAMER.COM | Dec 18 2020 02:13:00 | Bank of America, NA, 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 514802264 | + | EDI: BANKAMER.COM | Dec 18 2020 02:13:00 | BANK OF AMERICA, N.A., 400 National Way, Bankruptcy Department, Mail Stop CA6-919-01-23, Simi Valley, CA 93065-6414 |
| 517835159 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 17 2020 21:44:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 517835160 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 17 2020 21:44:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 514638257 | + | EDI: CITICORP.COM | Dec 18 2020 02:13:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 514638258 | + | EDI: RMSC.COM | Dec 18 2020 02:13:00 | GECRB/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 514638259 | + | EDI: MID8.COM | | |

| | | | |
|---|---|---|---|
| | | Dec 18 2020 02:18:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 514645240 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 17 2020 21:45:00 | PNC BANK, PO BOX 94982, CLEVELAND, OHIO 44101 |
| 514638260 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 17 2020 21:45:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 514638264 | + EDI: CITICORP.COM | Dec 18 2020 02:13:00 | THD/CBSD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 514638263 | EDI: WTRRNBANK.COM | Dec 18 2020 02:18:00 | Target National Bank, c/o Target Credit Services, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Carrington Mortgage Services  LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| R. A. Lebron | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@fskslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA  N.A. rsolarz@kmllawgroup.com |
| Roger Jon Yehl | on behalf of Joint Debtor Sharon Hoffman roger.yehl@yahoo.com  r48898@notify.bestcase.com |
| Roger Jon Yehl | on behalf of Debtor Robert Hoffman roger.yehl@yahoo.com  r48898@notify.bestcase.com |

District/off: 0312-3     User: admin     Page 3 of 3

Date Rcvd: Dec 17, 2020     Form ID: 3180W     Total Noticed: 24

TOTAL: 9